

RECEIVED
SEP 2 8 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:22-cr-00035 |
| v. | **SUPERSEDING INDICTMENT** |
| STEVIE LEE FORTNER, SCOTT BRANDON WISE, and TROY LEE FASTNACHT, | T. 21 U.S.C. § 841(a)(1)<br>T. 21 U.S.C. § 841(b)(1)(B)<br>T. 21 U.S.C. § 846 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Conspiracy to Distribute a Controlled Substance)

From an unknown date, but beginning at least as early as May 2021 and continuing up to and including August 31, 2022, in the Southern District of Iowa and elsewhere, defendants, STEVIE LEE FORTNER, SCOTT BRANDON WISE, and TROY LEE FASTNACHT did knowingly and intentionally conspire with other persons, known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, namely fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), said controlled substance being 40 grams or more of a mixture or substance containing fentanyl, a Schedule II controlled substance. With respect to STEVIE LEE FORTNER and SCOTT BRANDON WISE, conduct as members of the above conspiracy includes the reasonably foreseeable death or serious bodily injury of A.M. from the use of fentanyl.

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney